RECEIVED
AUG - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATAGORDA ISLAND GAS | CIVIL ACTION NO. 15-CV-2702 |
| VERSUS | JUDGE DOHERTY |
| JOHN W. LUSTER, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** Exxon Mobil Corporation's Motion to Dismiss Appeal of Abandonment Order [rec. doc. 22] is **GRANTED**, and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this _3_ day of _August_, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE